## 52742. RILEY v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of burglary. He enumerates errors concerning the charge to the jury. *Held:*

1. A charge to the jury in which the defendant's contentions are outlined is not error under our recent holding in *Moran v. State,* 139 Ga. App. 274 (228 SE2d 216) and wherein we overruled *Graham v. State,* 135 Ga. App. 825 (219 SE2d 477) and other cases.

2. The defendant made no written request to charge on the lesser offense of criminal trespass. In the absence of a written request, a failure to charge on a lesser offense is not error. *State v. Stonaker,* 236 Ga. 1 (222 SE2d 354).

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED SEPTEMBER 22, 1976 — DECIDED OCTOBER 26, 1976.

*A. Glen Steedley, Jr.,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Assistant District Attorneys,* for appellee.